No. 905. NEW YORK EX REL. BLAGDEN *v.* LYNCH ET AL.

Jurisdictional statement submitted April 5, 1934. Decided April 9, 1934. *Per Curiam:* The appeal is dismissed for the want of jurisdiction. Section 237(a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Sidney W. Davidson* for appellant. No appearance for appellees.

No. 906. SOUTH PASADENA *v.* SAN GABRIEL ET AL.

Jurisdictional statement submitted April 5, 1934. Decided April 9, 1934. *Per Curiam:* The appeal is dismissed for the want of jurisdiction. Section 237(a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237(c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Horace E. Vedder* for appellant. *Mr. Benjamin F. Bledsoe* for appellees.

No. —, original. EX PARTE DUKE. April 9, 1934. Motion for leave to file petition for writ of mandamus is denied. The motion for leave to proceed *in forma pauperis* is also denied. *Mr. Jesse C. Duke, pro se.*

No. —, original. OHIO *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE, ET AL. April 9, 1934. A rule is